**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CATHY E. ROBERTSON, | : | No. 241 WAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA PUBLIC SCHOOL | : | |
| EMPLOYEES' RETIREMENT SYSTEM, | : | |
| AND GREATER JOHNSTOWN CAREER | : | |
| AND TECHNOLOGY CENTER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.